# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ERVIN ALBERTO MALDONADO TORRES, | CIVIL ACTION NUMBER: |
| Plaintiff, | **COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Plaintiff, ERVIN ALBERTO MALDONADO TORRES, by and through the undersigned counsel, hereby sues the Defendant, UNITED STATES OF AMERICA, and for alleges:

1. This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b)(1) in that this is a claim against the Defendant, UNITED STATES OF AMERICA, for money damages, for injury caused by the negligent or wrongful acts or omissions of an employee of the UNITED STATES OF AMERICA, Government while acting within the course and scope of his employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

3. Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, et. seq.

4. Pursuant to the provisions of 28 U.S.C. §2675(a) and 28 U.S.C. §2401(b), the Plaintiff provided written notice, thru a Standard Form 95, to the appropriate federal agency within two years of his claim accruing, of his claim for money damages. See Exhibit **"A."**

5. On May 13, 2022, the federal agency received the claim.

6. A period of more than six months has transpired since the acceptance of the claim. Accordingly, under 28 U.S.C. §2401(b), Plaintiff's tort claim against Defendant is timely.

7. Venue is proper is this district pursuant to 28 U.S.C. §1402(b), as the Plaintiff resides in the jurisdiction and the act or omission complained of occurred in the jurisdiction, namely Polk County, Florida.

8. On April 11, 2021, Ivexis M. Castro Ruiz operated a motor vehicle owned by the United States Postal Service, an agency or subdivision of the UNITED STATES OF AMERICA.

9. On that date, Ivexis M. Castro Ruiz operated the motor vehicle with the knowledge, authority, consent or permission of the United States Postal Service, an agency or subdivision of the UNITED STATES OF AMERICA.

10. At all times material hereto, Ivexis M. Castro Ruiz was an agent, servant, or employee of the United States Postal Service, and was acting in the

course and scope of his agency, service or employment with the United States Postal Service, an agency or subdivision of the UNITED STATES OF AMERICA.

11. On April 11, 2021, Ivexis M. Castro Ruiz, was operating the motor vehicle as an employee and agent of the United States Postal Service at or near the intersection of Marigold Avenue and Sheldrake Road in Poinciana, Polk County, Florida.

12. On April 11, 2021, Plaintiff, ERVIN ALBERTO MALDONADO TORRES, was operating a motor vehicle, at or near the intersection of Marigold Avenue and Sheldrake Road in Poinciana, Polk County, Florida.

13. At that time and place, Ivexis M. Castro Ruiz, owed a duty to Plaintiff to operate the motor vehicle he was driving in a reasonably safe manner.

14. At that time and place, Ivexis M. Castro Ruiz breached her duty by negligently and carelessly operating and/or maintaining the motor vehicle she was driving so as to collide with the motor vehicle driven by Plaintiff.

15. The negligence of the Defendant's employee, Ivexis M. Castro Ruiz, as described above, caused or contributed to the injuries and/or damages sustained by Plaintiff.

## COUNT I
## ERVIN ALBERTO MALDONADO TORRES' NEGLIGENCE CLAIM AGAINST THE UNITED STATES OF AMERICA

16. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 15 as if fully set forth herein.

17. Ivexis M. Castro Ruiz, negligently operated or maintained her vehicle causing it to impact the vehicle driven by Plaintiff, ERVIN ALBERTO MALDONADO TORRES.

18. As a direct and proximate result of the negligence of Ivexis M. Castro Ruiz, Plaintiff, ERVIN ALBERTO MALDONADO TORRES, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and he will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, ERVIN ALBERTO MALDONADO TORRES, demands judgment for damages against defendant, UNITED STATES OF AMERICA, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiffs, ERVIN ALBERTO MALDONADO TORRES demands a trial by jury on all issues.

RESPECTFULLY submitted this 22nd day of March, 2023.

/s/Tiffany M. Faddis
Tiffany M. Faddis, Esq.
Florida Bar No.: 630667
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road Suite 300
Orlando, FL 32819
Phone: (407) 845-1756

FAX: (863) 877-2499
Attorney for Plaintiff